ORIGINAL FILED
07 JUL 10 PM 12:48
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing

DANIEL W. MAGUIRE, State Bar No. 120002
E-mail: dmaguire@bwslaw.com
KEIKO J. KOJIMA, State Bar No. 206595
E-mail: kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street
Suite 2400
Los Angeles, California 90071-2953
(213) 236-0600; Fax (213) 236-2700

Attorneys for Plaintiff's The Guardian Insurance and Annuity Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

THE GUARDIAN INSURANCE AND ANNUITY COMPANY, INC., a corporation,

Plaintiff,

vs.

CARLA M. UNTERMANN, an individual; PHILLIP UNTERMANN, an individual; BRENDA CAMILLI, an individual; JOANNE L. GRIGGS, an individual; LISA CAMILLI, an individual; KATHLEEN BUTLER CAMILLI, an individual; RICHARD L. CAMILLI, an individual; DOLPH F. CAMILLI, an individual; DIANNE R. ABRAHAM, an individual; DOUGLAS J. CAMILLI, an individual; BRUCE P. CAMILLI, an individual; SPCA OF SAN MATEO, CALIFORNIA, business entity, form unknown; DIANNE R. ABRAHAM, as Successor Trustee of the Dolph L. Camilli Bypass Trust; WILLIAM H. SHEA, JR., as Successor Trustee of the Gerda M. Camilli Survivor Trust; and DOES 1 through 10, inclusive,

Defendants.

Case No: C 07 3557 JCS

**PLAINTIFF'S NOTICE OF INTERESTED PARTIES**

The undersigned, counsel of record for Plaintiff The Guardian Insurance and Annuity Company, Inc., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification of recusal.

1. Plaintiff The Guardian Insurance and Annuity Company, Inc.;

2. Defendant Carla M. Untermann, an individual;

3. Defendant Phillip Untermann, an individual;

4. Defendant Brenda Camilli, an individual;

5. Defendant Joanne L. Griggs, an individual;

6. Defendant Lisa Camilli, an individual;

7. Defendant Athleen Butler Camilli, an individual;

8. Defendant Richard L. Camilli, an individual;

9. Defendant Dolph F. Camilli, an individual;

10. Defendant Dianne R. Abraham, an individual;

11. Defendant Douglas J. Camilli, an individual;

///

///

12. Defendant Bruce P. Camilli, an individual;

13. Defendant SPCA of San Mateo, California, business entity, form unknown;

14. Defendant Dianne R. Abraham, as Successor Trustee of the Dolph L. Camilli Bypass Trust; and

15. Defendant William H. Shea, Jr., as Successor Trustee of the Gerda M. Camilli Survivor Trust

DATED: July 6, 2007

DANIEL W. MAGUIRE
KEIKO J. KOJIMA
BURKE, WILLIAMS & SORENSEN, LLP

By: ______________________
KEIKO J. KOJIMA
Attorneys for The Guardian Insurance and Annuity Company, Inc