**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GUARDIAN INSURANCE,<br><br>　　　　Plainitff(s),<br><br>　　v.<br><br>CARLA M. UNTERMANN, ET AL.,<br><br>　　　　Defendant(s).<br>_____/ | No. C 07-03557 JCS<br><br>NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

　　　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because:

　　　　[X]　　One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

　　　　[]　　One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

　　　　ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE SPERO ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.

Dated: July 23, 2007

　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　　　　　　　*Karen L. Hom*
　　　　　　　　　　　　　　　　　　　　　　By: Karen L. Hom
　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy

cc: Intake