| | |
|---|---|
| 1 | DANIEL W. MAGUIRE, State Bar No. 120002 |
| | E-mail: dmaguire@bwslaw.com |
| 2 | KEIKO J. KOJIMA, State Bar No. 206595 |
| | E-mail: kkojima@bwslaw.com |
| 3 | BURKE, WILLIAMS & SORENSEN, LLP |
| | 444 South Flower Street |
| 4 | Suite 2400 |
| | Los Angeles, California 90071-2953 |
| 5 | (213) 236-0600; Fax (213) 236-2700 |
| 6 | Attorneys for Plaintiff The Guardian Insurance and Annuity Company, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 11 | THE GUARDIAN INSURANCE AND ANNUITY COMPANY, INC., a corporation, | Case No: C 07 3557 CRB |
| 12 | | **PLAINTIFF'S NOTICE RE CAPTION AND SUMMONS** |
| 13 | Plaintiff, | |
| 14 | vs. | |
| 15 | CARLA M. UNTERMANN, an individual; PHILLIP UNTERMANN, an individual; BRENDA CAMILLI, an individual; JOANNE L. GRIGGS, an individual; LISA CAMILLI, an individual; KATHLEEN BUTLER CAMILLI, an individual; RICHARD L. CAMILLI, an individual; DOLPH F. CAMILLI, an individual; DIANE R. ABRAHAM, an individual; DOUGLAS J. CAMILLI, an individual; BRUCE P. CAMILLI, an individual; SPCA OF SAN MATEO, CALIFORNIA, business entity, form unknown; DIANE R. ABRAHAM, as Successor Trustee of the Dolph L. Camilli Bypass Trust; WILLIAM H. SHEA, JR., as Successor Trustee of the Gerda M. Camilli Survivor Trust; CHRIS CAMILLI, an individual; and DOES 1 through 10, inclusive, | |
| | Defendants. | |

1  TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS
2  OF RECORD:

4  PLEASE TAKE NOTICE that the Complaint In Interpleader and for
5  Declaratory Judgment recently filed in this matter inadvertently failed to designate
6  Defendant Chris Camilli on the caption and on the list of defendants on Exhibits
7  "A" and "B" to the Summons. Plaintiff has amended its caption to include Chris
8  Camilli and also has requested that the Summons be reissued.

10  DATED: July 26, 2007            DANIEL W. MAGUIRE
                                     KEIKO J. KOJIMA
11                                   BURKE, WILLIAMS & SORENSEN, LLP

13                                   By:/s/Keiko J. Kojima
                                        KEIKO J. KOJIMA
14                                      Attorneys for The Guardian Insurance
                                        and Annuity Company, Inc