IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GUARDIAN INSURANCE, | No. C 07-03557 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| CARLA M UNTERMANN, | |
| Defendant. | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, October 19, 2007 at 8:30 a.m. before the Honorable Charles R. Breyer. The initial case scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: July 26, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Barbara Espinoza
Courtroom Deputy