**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. _____

## ORDER SETTING CASE MANAGEMENT CONFERENCE

The above matter having been assigned to Judge Charles R. Breyer,

**IT IS HEREBY ORDERED,** pursuant to Rule 16, Federal Rules of Civil Procedure, and Civil Local rule 16, that a case management conference will be held before Judge Charles R. Breyer on Friday, _____ at 8:30 a.m., in Courtroom 8, 19th floor, 450 Golden Gate Avenue, San Francisco, California.

Lead trial counsel shall meet and confer not less than thirty (30) days in advance of the conference and shall file a joint case management statement in the form contained in the Civil Local rules as supplemented by this order not less than ten (10) days in advance of the conference.

If the conference is inconveniently scheduled, it may be rescheduled by stipulation and order to another date or time convenient to the Court's calendar.

At the conclusion of the conference, an order will be entered setting dates either for a further case management conference, or for close of discovery, pre-trial conference, and trial. Other orders regulating and controlling future proceedings may be entered.

Plaintiff(s) shall serve copies of this order at once on all parties to this action, and on any parties subsequently joined, in accordance with Federal Rules of Civil Procedure 4 and 5. Following service, plaintiff(s) shall file a certificate of service with the Clerk of this Court.

United States District Court
For the Northern District of California

1       SUPPLEMENTAL TO INITIAL CASE MANAGEMENT STATEMENT

2

3    1.     At the initial case management conference, the parties or at least one attorney of

4       record for each party must appear in person. See FRCP 26(f) ; Civil LR 16-10(a).

5    2.     The case management statement may not exceed ten pages. It should briefly describe

6       the parties' controversy. <u>Any party seeking damages must set forth in the statement</u>

7       <u>the amount sought and the basis for its calculation.</u>

8    3.     If the case was removed from a state court, and the applicable state law has not

9       required the parties to make an express demand for a jury trial at the time of removal,

10      any party claiming right to a jury trial must make the request therefor within ten days

11      after service of the notice of removal. FRCP 81 (c).

12    4.     <u>NOTICE TO PRO SE LITIGANTS IN NON-PRISONER ACTIONS</u>:

13       If you are proceeding in this lawsuit without an attorney, then the following

14      directives apply to you in the prosecution of your case.

15       The court hereby ORDERS you to comply with the service requirements of

16      Rule 4 of the Federal Rules of Civil Procedure as set forth below. Failure to follow

17      the procedures set forth in this order may result, under Rule 4 (m), in dismissal of

18      your case.

19       It is your responsibility to obtain a valid summons from the clerk and to

20      effect service of the summons and complaint on all defendants in accordance with

21      Rule 4 of the Federal Rules of Civil Procedure. If you have named the United States

22      government, a federal agency, a federal official or a federal employee as a defendant,

23      you must comply with the special requirements of Rule 4 (i).

24       Service may be effected by any person who is not a party and who is at least

25      18 years of age, which means that you, as a party, may <u>not</u> effect service. If service of

26      the summons and complaint is not made upon a defendant within 120 days after the

27      filing of the complaint, your action will, under Rule 4 (m), be dismissed as to that

28      defendant.

United States District Court
For the Northern District of California

1  Within 125 days after the filing of the complaint, you must file proof

2  of service indicating which defendants were served within the 120 days allowed

3  under Rule 4 (m) and showing, in accordance with Rule 4 (l), how each of those

4  defendants was served (for example, by attaching appropriate certificates of

5  service).  You must also show cause why a defendant not served within the 120

6  days allowed under Rule 4 (m) should not be dismissed without prejudice.  Failure

7  to do these things within the designated time will result in the dismissal of your case

8  under Rule 4 (m) and Rule 41 (b).

9  5.    NOTICE FOR AMERICANS WITH DISABILITIES ACT LITIGATION:

10      If this action seeks accommodation or other relief, including attorney fees,

11      pursuant to Title III of the Americans with Disabilities Act, 42 USC § 12191-

12      89, the court ORDERS, pursuant to FRCP 16, the following:

13      a.    Each plaintiff shall, pursuant to FRCP 4 (m), forthwith complete

14            service on any unserved defendant;

15      b.    Discovery, except for initial disclosures required by FRCP 26 (a), and

16            all other proceedings are until further order STAYED;

17      c.    If not previously done, each plaintiff shall forthwith serve upon each

18            defendant a demand for accommodation and statement of attorney fees

19            incurred to date (42 USC § 12205; Hensly v Eckerhart, 461 US 424,

20            429-30, 433-37 (1983));

21      d.    Each defendant shall, no later than the date for the conference of the

22            parties specified above, serve a response to the demand for

23            accommodation;

24      e.    The joint case management statement shall contain, in addition to the

25            information called for by FRCP 26 (f), the information set forth in

26            paragraphs c and d.

27

28

1    Sanctions. **FAILURE TO COMPLY WITH THIS ORDER** may be deemed

2  sufficient grounds for dismissal of this cause, default or other appropriate sanctions.  See Federal

3  Rules of Civil Procedure 16(f), 41 (b); Civ LR 1-4.

4

5    **IT IS SO ORDERED.**

6

7

8

9  Dated: June 22, 2004

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4