# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

THE GUARDIAN INSURANCE AND ANNUITY
COMPANY, INC., a corporation,

V.

CARLA M. UNTERMANN, an individual; PHILLIP
UNTERMANN, an individual; BRENDA CAMILLI, an
individual; JOANNE L. GRIGGS, an individual;
(SEE ATTACHED EXHIBIT "A")

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**FILED**
JUL 2 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

C 07 3557

JCS

TO: (Name and address of defendant)

SEE SERVICE LIST ATTACHED AS EXHIBIT "B"

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel W. Maguire, State Bar No. 120002

Keiko J. Kojima, State Bar No. 206595

BURKE, WILLIAMS & SORENSEN, LLP

444 So. Flower Street, Suite 2400

Los Angeles, CA 90071-2953 - Tel.: (213) 236-0600 & Fax: (213) 236-2700

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

_____
Helen L. Almacen
(BY) DEPUTY CLERK

JUL 1 0 2007
DATE _____

American LegalNet, Inc.
www.USCourtForms.com

# RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |
| | |

*Check one box below to indicate appropriate method of service*

☐     Served Personally upon the Defendant. Place where served:

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
       Name of person with whom the summons and complaint were left:

☐     Returned unexecuted:

☐     Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    _____     _____
                         Date                                                 Signature of Server

                                                                                                        Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com

Case 3:07-cv-03557-CRB   Document 11   Filed 07/27/2007   Page 3 of 6

**EXHIBIT A**

**THE GUARDIAN INSURANCE AND ANNUITY COMPANY, INC. v. CARLA M. UNTERMANN, et al.**

### EXHIBIT "A"

(CONTINUANCE TO LIST OF DEFENDANTS):
LISA CAMILLI, an individual; KATHLEEN BUTLER CAMILLI, an individual; RICHARD L. CAMILLI, an individual; DOLPH F. CAMILLI, an individual; DIANNE R. ABRAHAM, an individual; DOUGLAS J. CAMILLI, an individual; BRUCE P. CAMILLI, an individual; SPCA OF SAN MATEO, CALIFORNIA, business entity, form unknown; DIANNE R. ABRAHAM, as Successor Trustee of the Dolph L. Camilli Bypass Trust; WILLIAM H. SHEA, JR., as Successor Trustee of the Gerda M. Camilli Survivor Trust; and DOES 1 through 10, inclusive.

LA #4836-2505-4465 v1



EXHIBIT A

**EXHIBIT B**

**THE GUARDIAN INSURANCE AND ANNUITY COMPANY, INC. v. CARLA M. UNTERMANN, et al.**

### EXHIBIT "B"

CARLA M. UNTERMANN, an individual – Blumenau 22, 22089, Hamburg, Germany

PHILLIP UNTERMANN, an individual – Zweiruti-Strasse 2, 8422 Pfungen, Switzerland

BRENDA CAMILLI, an individual – 2215 Spruce Street, Forest Grove, OR 97116

JOANNE L. GRIGGS, an individual – 5580 Garden Grove Circle, Winter Park, FL 32792

LISA CAMILLI, an individual – c/o Bruce Camilli, 2619 S. Kihei Road, Apt. A201, Kihei, HI 96753

KATHLEEN BUTLER CAMILLI, an individual – 650 Corcoran Drive, #10, Santa Cruz, CA 95062

RICHARD L. CAMILLI, an individual – address unknown

DOLPH F. CAMILLI, an individual – 650 Corcoran Drive, #10, Santa Cruz, CA 95062

DIANNE R. ABRAHAM, an individual - c/o Law Offices of John C. Clark, 1201 Howard Avenue, Suite 202, Burlingame, CA 94010-4227

DOUGLAS J. CAMILLI, an individual – 4245 61st Ave., Vero Beach, FL 32967

BRUCE P. CAMILLI, an individual - 2619 S. Kihei Road, Apt. A201, Kihei, HI 96753

SPCA OF SAN MATEO, CALIFORNIA, business entity, form unknown – 12 Airport Blvd., San Mateo, CA 94401

DIANNE R. ABRAHAM, as Successor Trustee of the Dolph L. Camilli Bypass Trust – c/o Law Offices of John C. Clark, 1201 Howard Avenue, Suite 202, Burlingame, CA 94010-4227

WILLIAM H. SHEA, JR., as Successor Trustee of the Gerda M. Camilli Survivor Trust - c/o Law Offices of John C. Clark, 1201 Howard Avenue, Suite 202, Burlingame, CA 94010-4227

LA #4823-8989-7473 v1                         EXHIBIT B