BURKE, WILLIAMS & SORENSEN, LLP
DANIEL W. MAGUIRE, State Bar No. 120002
E-Mail:  dmaguire@bwslaw.com
KEIKO J. KOJIMA, State Bar No. 206595
E-Mail:  kkojima@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, California 90071
Telephone: (213) 236-0600
Facsimile: (213) 236-2700

Attorneys for Plaintiff The Guardian Insurance and Annuity Company, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE GUARDIAN INSURANCE AND ANNUITY COMPANY, INC., a corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>CARLA M. UNTERMANN, an individual; PHILLIP UNTERMANN, an individual; CHRIS CAMILLI, an individual; BRENDA CAMILLI, an individual; JOANNE L. GRIGGS, an individual; LISA CAMILLI, an individual; KATHLEEN BUTLER CAMILLI, an individual; RICHARD L. CAMILLI, an individual; DOLPH F. CAMILLI, an individual; DIANE R. ABRAHAM, an individual; DOUGLAS J. CAMILLI, an individual; BRUCE P. CAMILLI, an individual; SPCA OF SAN MATEO, CALIFORNIA, a business entity, form unknown; DIANE R. ABRAHAM, as Successor Trustee of the Dolph L. Camilli Bypass Trust; WILLIAM H. SHEA, JR., as Successor Trustee of the Gerda M. Camilli Survivor Trust; CHRIS CAMILLI, an individual; and DOES 1 through 10, inclusive,<br><br>             Defendants. | CASE NO. C 07 3557 CRB<br><br>**WAIVERS OF SERVICE OF SUMMONS OF CHRIS CAMILLI, BRENDA CAMILLI AND DOUGLAS CAMILLI** |

1        Attached as Exhibit "A, "  "B" and "C" are the signed Waivers of Service of

2    Summons of Chris Camilli, Brenda Camilli and Douglas Camilli, respectively.

3

4    DATED:  September 7, 2007          DANIEL W. MAGUIRE
                                        KEIKO J. KOJIMA
5                                       BURKE, WILLIAMS & SORENSEN, LLP

6
                                        By:   /s/ KEIKO J. KOJIMA
7
                                           KEIKO J. KOJIMA
8                                          Attorneys for The Guardian Insurance
                                           and Annuity Company, Inc
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28