1  Keith P. Bartel, Esq. (Bar No. 83223)
   E-mail: kbartel@cmithlaw.com
2  Jeffrey R. Loew, Esq. (Bar No. 216808)
   E-mail: jloew@cmithlaw.com
3  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
4  216 Park Road
   P.O. Box 513
5  Burlingame, California 94011-0513
   Telephone:    (650) 342-9600
6  Facsimile:    (650) 342-7685

7  Attorneys for Defendant Trustee William H. Shea, Jr.

8  John G. Clark, Esq. (Bar No. 35584)
   Law Offices of John G. Clark
9  1201 Howard Avenue, Suite 202
   Burlingame, California 94010-4227
10 Telephone:    (650) 685-6660
   Facsimile:    (650) 685-6664
11
   Attorney for Defendant Trustee Diane R. Abraham
12
   Daniel W. Maguire, Esq. (Bar No. 120002)
13 E-mail: dmaguire@bwslaw.com
   Keiko J. Kojima, Esq. (Bar No. 206595)
14 E-mail: kkojima@bwslaw.com
   Burke, Williams & Sorenson LLP
15 444 South Flower Street, Suite 2400
   Los Angeles, CA 90071-2953
16 Phone (213) 236-0600
   Fax (213) 236-2700
17
   Attorneys for Plaintiff
18 The Guardian Insurance and Annuity Company, Inc.

19

20                    UNITED STATES DISTRICT COURT

21                   NORTHERN DISTRICT OF CALIFORNIA

22

23

24

25

26

27

28
   27959.00001\BGLIB1\1341457.2
                                     1

| | |
|---|---|
| 1   THE GUARDIAN LIFE INSURANCE<br>    AND ANNUITY COMPANY, a<br>2   corporation, | Case No. C-07-3557-CEB<br><br>Complaint Filed: July 10, 2006 |
| 3            Plaintiff, | STIPULATION AND [PROPOSED] ORDER<br>RE CONTINUANCE OF CASE |
| 4      vs. | MANAGEMENT CONFERENCE,<br>EXTENSION OF TIME TO ACCOMPLISH |
| 5   CARLA M. UNTERMANN, an individual;<br>    PHILLIP UNTERMANN, an individual; | SERVICE ON DEFENDANTS, AND<br>EXTENSION OF TIME FOR DEFENDANTS |
| 6   BRENDA CAMILLI, an individual; LISA<br>    CAMILLI, an individual; KATHLEEN | TO RESPOND TO COMPLAINT |
| 7   BUTLER CAMILLI, an individual;<br>    RICHARD L. CAMILLI, an individual; | Hon. Charles E. Breyer |
| 8   DOLPH F. CAMILLI, an individual;<br>    DIANNE R. ABRAHAM, an individual; | |
| 9   DOUGLAS J. CAMILLI, an individual;<br>    BRUCE P. CAMILLI, an individual; | |
| 10   SPCA OF SAN MATEO, California,<br>    business entity, form unknown; DIANNE | |
| 11   R. ABRAHAM, as Successor Trustee of<br>    the Dolph L. Camilli Bypass Trust; | |
| 12   WILLIAM H. SHEA, JR., as Successor<br>    Trustee of the Gerda M. Camilli Survivor | |
| 13   Trust; CHRIS CAMILLI, an individual;<br>    and Does 1 through 10, inclusive, | |
| 14 | |
| 15          Defendants. | |

16       The parties, through their counsel of record, request that the case management conference

17 set for October 19, 2007, be continued to May 9, 2008. The parties also request that the Court

18 issue an order extending the time for service of Plaintiff's complaint, which was filed on July 10,

19 2007, and extending the time for all defendants to respond to the complaint.

20       This is an interpleader action involving multiple defendants. Counsel for Trustees Mr.

21 Shea and Ms. Abraham has advised the Guardian Life Insurance Company (Guardian) that the

22 Trustees are attempting to contact and obtain stipulations from all other defendants that the order

23 issued by the Superior Court of San Mateo County, California, on November 17, 2006,

24 supersedes the beneficiary designations executed by decedent Gerda M. Camilli with regard to

25 the 1997 and 1999 Guardian annuity contracts. Such stipulations will most likely resolve the

26 issues underlying Guardian's complaint and request for declaratory judgment.

27       The Guardian is in the process of serving the defendants. To keep costs down, it has

28 requested that the defendants accept service by mail pursuant to Rule 4 of the Federal Rules of

27959.00001\BGLIB1\1341457.2

2

1   Civil Procedure, but only a few defendants have responded.  The Guardian is attempting to

2   confirm the contact information for the defendants who have not responded.  In addition, two of

3   the defendants are located outside the United States (Switzerland and Germany).  If they do not

4   accept service by mail, the Guardian may have to effect service through formal diplomatic

5   channel procedures.  Accordingly, the Guardian requires additional time, at least another six

6   months, to locate and serve all of the defendants.  The parties stipulate that the Guardian be

7   given an extension of time until April 15, 2008 to accomplish service on the defendants.  The

8   parties further stipulate that Trustees Shea and Abraham accept service of the complaint, and that

9   the time for all defendants to respond to the complaint is extended to the latter of April 25, 2008

10  or the time prescribed in Rule 12 of the Federal Rules of Civil Procedure, for the reasons

11  described above.  No other extensions have previously been requested.

12

13          IT IS SO STIPULATED:

14  Dated:  September 7, 2007

15                              CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
                                Professional Law Corporation
16

17

18          By: _____/s/_____
                                         Jeffrey R. Loew
19                              Attorneys for Defendant Trustee
                                William H. Shea, Jr.

20

21

22

23

24

25

26

27

28

27959.00001\BGLIB1\1341457.2

                                        3

1

Dated:  September 7, 2007

2

3                         LAW OFFICES OF JOHN G. CLARK

4

5
                    By: _____/s/_____
6                                       John G. Clark
                                  Attorney for Defendant Trustee
7                                     Diane R. Abraham

8

9    Dated:  September 7, 2007

10

11                        BURKE, WILLIAMS & SORENSON LLP

12
                    By: _____/s/_____
13                                     Keiko J. Kojima
                                    Attorney for Plaintiff
14                       The Guardian Insurance and Annuity Company, Inc.

15

16        I, Jeffrey R. Loew, hereby attest that John G. Clark, counsel for Defendant Trustee Diane

17   R. Abraham, and Keiko J. Kojima, counsel for Plaintiff, concur in the filing of this Stipulation.

18   Dated:   September 7, 2007              By: _____/s/_____
                                                   Jeffrey R. Loew
19

20

21

22

23

24

25

26

27

28
     27959.00001\BGLIB1\1341457.2
                                            4
     Stipulation and (Proposed) Order Re Continuance of Case Management Conference, Etc.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>ORDER</u>

IT IS ORDERED that the case management conference is continued from October 19, 2007, to May 9, 2008, at 8:30 a.m.

IT IS FURTHER ORDERED that the Guardian be given an extension of time until April 15, 2008 to accomplish service on the defendants;

IT IS FURTHER ORDERED that the time for all defendants to respond to the complaint is extended to the latter of April 25, 2008 or the time prescribed in Rule 12 of the Federal Rules of Civil Procedure.

Dated: _____

_____
The Honorable Charles R. Breyer

27959.00001\BGLIB1\1341457.2

5

Stipulation and (Proposed) Order Re Continuance of Case Management Conference, Etc.