Keith P. Bartel, Esq. (Bar No. 83223)
E-mail: kbartel@cmithlaw.com
Jeffrey R. Loew, Esq. (Bar No. 216808)
E-mail: jloew@cmithlaw.com
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:    (650) 342-9600
Facsimile:    (650) 342-7685

Attorneys for Defendant Trustee William H. Shea, Jr.

John G. Clark, Esq. (Bar No. 35584)
Law Offices of John G. Clark
1201 Howard Avenue, Suite 202
Burlingame, California 94010-4227
Telephone:    (650) 685-6660
Facsimile:    (650) 685-6664

Attorney for Defendant Trustee Diane R. Abraham

Daniel W. Maguire, Esq. (Bar No. 120002)
E-mail: dmaguire@bwslaw.com
Keiko J. Kojima, Esq. (Bar No. 206595)
E-mail: kkojima@bwslaw.com
Burke, Williams & Sorenson LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Phone (213) 236-0600
Fax (213) 236-2700

Attorneys for Plaintiff
The Guardian Insurance and Annuity Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

27959.00001\BGLIB1\1341457.2

1

Stipulation and (Proposed) Order Re Continuance of Case Management Conference, Etc.

| | |
|---|---|
| THE GUARDIAN LIFE INSURANCE AND ANNUITY COMPANY, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CARLA M. UNTERMANN, an individual; PHILLIP UNTERMANN, an individual; BRENDA CAMILLI, an individual; LISA CAMILLI, an individual; KATHLEEN BUTLER CAMILLI, an individual; RICHARD L. CAMILLI, an individual; DOLPH F. CAMILLI, an individual; DIANNE R. ABRAHAM, an individual; DOUGLAS J. CAMILLI, an individual; BRUCE P. CAMILLI, an individual; SPCA OF SAN MATEO, California, business entity, form unknown; DIANNE R. ABRAHAM, as Successor Trustee of the Dolph L. Camilli Bypass Trust; WILLIAM H. SHEA, JR., as Successor Trustee of the Gerda M. Camilli Survivor Trust; CHRIS CAMILLI, an individual; and Does 1 through 10, inclusive,<br><br>Defendants. | Case No. C-07-3557-CEB<br><br>Complaint Filed: July 10, 2006<br><br>STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE, EXTENSION OF TIME TO ACCOMPLISH SERVICE ON DEFENDANTS, AND EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT<br><br>Hon. Charles E. Breyer |

The parties, through their counsel of record, request that the case management conference set for October 19, 2007, be continued to May 9, 2008. The parties also request that the Court issue an order extending the time for service of Plaintiff's complaint, which was filed on July 10, 2007, and extending the time for all defendants to respond to the complaint.

This is an interpleader action involving multiple defendants. Counsel for Trustees Mr. Shea and Ms. Abraham has advised the Guardian Life Insurance Company (Guardian) that the Trustees are attempting to contact and obtain stipulations from all other defendants that the order issued by the Superior Court of San Mateo County, California, on November 17, 2006, supersedes the beneficiary designations executed by decedent Gerda M. Camilli with regard to the 1997 and 1999 Guardian annuity contracts. Such stipulations will most likely resolve the issues underlying Guardian's complaint and request for declaratory judgment.

The Guardian is in the process of serving the defendants. To keep costs down, it has requested that the defendants accept service by mail pursuant to Rule 4 of the Federal Rules of

27959.00001\BGLIB1\1341457.2

2

1  Civil Procedure, but only a few defendants have responded. The Guardian is attempting to
2  confirm the contact information for the defendants who have not responded. In addition, two of
3  the defendants are located outside the United States (Switzerland and Germany). If they do not
4  accept service by mail, the Guardian may have to effect service through formal diplomatic
5  channel procedures. Accordingly, the Guardian requires additional time, at least another six
6  months, to locate and serve all of the defendants. The parties stipulate that the Guardian be
7  given an extension of time until April 15, 2008 to accomplish service on the defendants. The
8  parties further stipulate that Trustees Shea and Abraham accept service of the complaint, and that
9  the time for all defendants to respond to the complaint is extended to the latter of April 25, 2008
10 or the time prescribed in Rule 12 of the Federal Rules of Civil Procedure, for the reasons
11 described above. No other extensions have previously been requested.

13     IT IS SO STIPULATED:
14 Dated: September 7, 2007

15                  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
                   Professional Law Corporation

17
                   By:  _____/s/_____
18                        Jeffrey R. Loew
                          Attorneys for Defendant Trustee
19                        William H. Shea, Jr.

27959.00001\BGLIB1\1341457.2

3

Stipulation and (Proposed) Order Re Continuance of Case Management Conference, Etc.

Dated: September 7, 2007

LAW OFFICES OF JOHN G. CLARK

By: _____/s/_____
John G. Clark
Attorney for Defendant Trustee
Diane R. Abraham

Dated: September 7, 2007

BURKE, WILLIAMS & SORENSON LLP

By: _____/s/_____
Keiko J. Kojima
Attorney for Plaintiff
The Guardian Insurance and Annuity Company, Inc.

I, Jeffrey R. Loew, hereby attest that John G. Clark, counsel for Defendant Trustee Diane R. Abraham, and Keiko J. Kojima, counsel for Plaintiff, concur in the filing of this Stipulation.

Dated: September 7, 2007          By: _____/s/_____
Jeffrey R. Loew

ORDER

IT IS ORDERED that the case management conference is continued from October 19, 2007, to May 9, 2008, at 8:30 a.m.

IT IS FURTHER ORDERED that the Guardian be given an extension of time until April 15, 2008 to accomplish service on the defendants;

IT IS FURTHER ORDERED that the time for all defendants to respond to the complaint is extended to the latter of April 25, 2008 or the time prescribed in Rule 12 of the Federal Rules of Civil Procedure.

Dated: Sept. 19, 2007



The Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

27959.00001\BGLIB1\1341457.2

5

Stipulation and (Proposed) Order Re Continuance of Case Management Conference, Etc.