## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2539.

On **February 21, 2008**, I served the following document(s): **WAIVERS OF SERVICE OF SUMMONS OF CARLA UNTERMANN AND PHILLIP UNTERMANN** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

### SEE ATTACHED SERVICE LIST

(XX)   I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Los Angeles, California.

( )   By overnight courier, I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

Executed **February 21, 2008**, Los Angeles, California.

( )   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(XX)   (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
SANDRA BIRD

LA #4818-8095-5649 v1

# SERVICE LIST

## Case No. C 07 3557 CRB

Keith P. Bartel, Esq.
Jeffrey R. Loew, Esq.
CARR, Mc,CLELLAN, INGERSOLL, THOMPHSON & HORN
Professional Law Corporation
216 Park road
P.O. Box 513
Burlingame, California 94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685
Attorneys for Defendant Trustee William H. Shea, Jr.

John G. Clark, Esq.
Law Offices of John G. Clark
1201 Howard Avenue, Suite 202
Burlingame, California 94010-4227
Telephone: (650) 685-6660
Facsimile: (650) 685-6664
Attorney for Defendant Trustee Diane r. Abraham

Kimberley A. Fonner
Law Office of Kimberley A. Fonner
399 Bradford Street, Suite 102
Redwood City, California 94063
Telephone: (650) 465-7587
Facsimile: (888) 865-1883
Attorney for The Peninsula Humane Society and SPCA

Carla M. Untermann
Blumenau 22
22089
Hamburg, Germany

Phillip Untermann
Zweiruti-Strasse 2
8422 Pfungen, Switzerland

Brenda Camilli
2215 Spruce Street
Forest Grove, OR 97116

Chris Camilli
2215 Spruce Street
Forest Grove, OR 97116