1  BURKE, WILLIAMS & SORENSEN, LLP
   DANIEL W. MAGUIRE, State Bar No. 120002
2  E-Mail: dmaguire@bwslaw.com
   KEIKO J. KOJIMA, State Bar No. 206595
3  E-Mail: kkojima@bwslaw.com
   444 South Flower Street, Suite 2400
4  Los Angeles, California 90071
   Telephone: (213) 236-0600
5  Facsimile: (213) 236-2700

6  Attorneys for Plaintiff The Guardian Insurance and Annuity Company, Inc.

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

| | |
|---|---|
| THE GUARDIAN INSURANCE AND ANNUITY COMPANY, INC., a corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>CARLA M. UNTERMANN, an individual; PHILLIP UNTERMANN, an individual; CHRIS CAMILLI, an individual; BRENDA CAMILLI, an individual; JOANNE L. GRIGGS, an individual; LISA CAMILLI, an individual; KATHLEEN BUTLER CAMILLI, an individual; RICHARD L. CAMILLI, an individual; DOLPH F. CAMILLI, an individual; DIANE R. ABRAHAM, an individual; DOUGLAS J. CAMILLI, an individual; BRUCE P. CAMILLI, an individual; SPCA OF SAN MATEO, CALIFORNIA, a business entity, form unknown; DIANE R. ABRAHAM, as Successor Trustee of the Dolph L. Camilli Bypass Trust; WILLIAM H. SHEA, JR., as Successor Trustee of the Gerda M. Camilli Survivor Trust; CHRIS CAMILLI, an individual; and DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE NO. C 07 3557 CRB<br><br>**WAIVER OF SERVICE OF SUMMONS OF JOANNE L. GRIGGS** |

28 ///

Attached as Exhibit "A" is the signed Waiver of Service of Summons of Joanne L. Griggs.

DATED: March 4, 2008

DANIEL W. MAGUIRE
KEIKO J. KOJIMA
BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ KEIKO J. KOJIMA*
    KEIKO J. KOJIMA
    Attorneys for The Guardian Insurance and Annuity Company, Inc