**PROOF OF SERVICE**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2539.

On **March 4, 2008**, I served the following document(s): **WAIVER OF SERVICE OF SUMMONS OF JOANNE L. GRIGGS** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

(XX)  I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Los Angeles, California.

(  )  By overnight courier, I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

Executed **March 4, 2008**, Los Angeles, California.

(  )   (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(XX)   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Agnes Tualla*
AGNES TUALLA

LA #4818-8095-5649 v1

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | **Case No.  C 07 3557 CRB** |
| 3 | |
| 4 | Keith P. Bartel, Esq. |
| | Jeffrey R. Loew, Esq. |
| 5 | CARR, Mc,CLELLAN, INGERSOLL, THOMPHSON & HORN |
| | Professional Law Corporation |
| 6 | 216 Park road |
| | P.O. Box 513 |
| 7 | Burlingame, California  94011-0513 |
| | Telephone:  (650) 342-9600 |
| 8 | Facsimile:  (650) 342-7685 |
| | Attorneys for Defendant Trustee William H. Shea, Jr. |
| 9 | |
| | John G. Clark, Esq. |
| 10 | Law Offices of John G. Clark |
| | 1201 Howard Avenue, Suite 202 |
| 11 | Burlingame, California  94010-4227 |
| | Telephone:  (650) 685-6660 |
| 12 | Facsimile:  (650) 685-6664 |
| | Attorney for Defendant Trustee Diane r. Abraham |
| 13 | |
| | Kimberley A. Fonner |
| 14 | Law Office of Kimberley A. Fonner |
| | 399 Bradford Street, Suite 102 |
| 15 | Redwood City, California  94063 |
| | Telephone: (650) 465-7587 |
| 16 | Facsimile:  (888) 865-1883 |
| | Attorney for The Peninsula Humane Society and SPCA |
| 17 | |
| | Carla M. Untermann |
| 18 | Blumenau 22 |
| | 22089 |
| 19 | Hamburg, Germany |
| 20 | Phillip Untermann |
| | Zweiruti-Strasse 2 |
| 21 | 8422 Pfungen, Switzerland |
| 22 | Brenda Camilli |
| | 2215 Spruce Street |
| 23 | Forest Grove, OR 97116 |
| 24 | Chris Camilli |
| | 2215 Spruce Street |
| 25 | Forest Grove, OR 97116 |
| 26 | Joanne L. Griggs |
| | 5580 Garden Grove Circle |
| 27 | Winter Park, Florida 32792 |
| 28 | |

LA #4818-8095-5649 v1