## **PROOF OF SERVICE**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2539.

On **March 10, 2008**, I served the following document(s): **WAIVER OF SERVICE OF SUMMONS OF KATHLEEN BUTLER CAMILLI** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

(XX)  I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Los Angeles, California.

(  )  By overnight courier, I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

Executed **March 10, 2008**, Los Angeles, California.

(  )   (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(XX)  (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Agnes Tualla*
AGNES TUALLA

LA #4818-8095-5649 v1

# SERVICE LIST

## Case No.  C 07 3557 CRB

Keith P. Bartel, Esq.
Jeffrey R. Loew, Esq.
CARR, Mc,CLELLAN, INGERSOLL, THOMPHSON & HORN
Professional Law Corporation
216 Park road
P.O. Box 513
Burlingame, California  94011-0513
Telephone:  (650) 342-9600
Facsimile:  (650) 342-7685
Attorneys for Defendant Trustee William H. Shea, Jr.

John G. Clark, Esq.
Law Offices of John G. Clark
1201 Howard Avenue, Suite 202
Burlingame, California  94010-4227
Telephone:  (650) 685-6660
Facsimile:  (650) 685-6664
Attorney for Defendant Trustee Diane r. Abraham

Kimberley A. Fonner
Law Office of Kimberley A. Fonner
399 Bradford Street, Suite 102
Redwood City, California  94063
Telephone: (650) 465-7587
Facsimile:  (888) 865-1883
Attorney for The Peninsula Humane Society and SPCA

Carla M. Untermann
Blumenau 22
22089
Hamburg, Germany

Phillip Untermann
Zweiruti-Strasse 2
8422 Pfungen, Switzerland

Brenda Camilli
2215 Spruce Street
Forest Grove, OR 97116

Chris Camilli
2215 Spruce Street
Forest Grove, OR 97116

Joanne L. Griggs
5580 Garden Grove Circle
Winter Park, Florida 32792

LA #4818-8095-5649 v1