| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2539. |
| 3 | |
| 4 | On **April 18, 2008**, I served the following document(s): **WAIVER OF SERVICE OF SUMMONS OF DIANE R. ABRAHAM, WILLIAM H. SHEA, JR., DOLPH F. CAMILLI AND BRUCE CAMILLI** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows: |
| 5 | |
| 6 | |
| 7 | |
| 8 | **SEE ATTACHED SERVICE LIST** |
| 9 | (XX)    I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Los Angeles, California. |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | ( )    By overnight courier, I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s). |
| 15 | |
| 16 | Executed **April 18, 2008**, Los Angeles, California. |
| 17 | ( )    (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |
| 18 | |
| 19 | (XX)    (Federal)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |
| 20 | |
| 21 | /s/ Agnes Tualla<br>AGNES TUALLA |
| 22 | |

LA #4818-8095-5649 v1

# SERVICE LIST

## Case No. C 07 3557 CRB

| | |
|---|---|
| Keith P. Bartel, Esq.<br>Jeffrey R. Loew, Esq.<br>CARR, Mc,CLELLAN, INGERSOLL,<br>THOMPSON & HORN<br>Professional Law Corporation<br>216 Park Road<br>P.O. Box 513<br>Burlingame, California  94011-0513<br>Telephone:  (650) 342-9600<br>Facsimile:  (650) 342-7685<br>Attorneys for Defendant Trustee<br>William H. Shea, Jr. | John G. Clark, Esq.<br>Law Offices of John G. Clark<br>1201 Howard Avenue, Suite 202<br>Burlingame, California  94010-4227<br>Telephone:  (650) 685-6660<br>Facsimile:  (650) 685-6664<br>Attorney for Defendant Trustee Diane R. Abraham |
| Kimberley A. Fonner<br>Law Office of Kimberley A. Fonner<br>399 Bradford Street, Suite 102<br>Redwood City, California  94063<br>Telephone: (650) 465-7587<br>Facsimile:  (888) 865-1883<br>Attorney for The Peninsula Humane Society and SPCA | Kathleen Butler Camilli<br>c/o John G. Clark, Esq.<br>Law Offices of John G. Clark<br>1201 Howard Avenue, Suite 202<br>Burlingame, CA  94010-4227 |
| Phillip Untermann<br>Zweiruti-Strasse 2<br>8422 Pfungen, Switzerland | Carla M. Untermann<br>Blumenau 22<br>22089<br>Hamburg, Germany |
| Chris Camilli<br>2215 Spruce Street<br>Forest Grove, OR 97116 | Joanne L. Griggs<br>5580 Garden Grove Circle<br>Winter Park, Florida 32792 |
| Brenda Camilli<br>2215 Spruce Street<br>Forest Grove, OR 97116 | Richard Camilli<br>6740 Lakeview Drive<br>Carmichael, California 95608-2052 |
| Bruce Camilli<br>2619 S. Kihei Road, Apt. A201<br>Kihei, Hawaii  96753 | |

LA #4818-8095-5649 v1