| | |
|---|---|
| 1 | DANIEL W. MAGUIRE, State Bar No. 120002 |
| | E-mail: dmaguire@bwslaw.com |
| 2 | KEIKO J. KOJIMA, State Bar No. 206595 |
| | E-mail: kkojima@bwslaw.com |
| 3 | BURKE, WILLIAMS & SORENSEN, LLP |
| | 444 South Flower Street |
| 4 | Suite 2400 |
| | Los Angeles, California 90071-2953 |
| 5 | (213) 236-0600; Fax (213) 236-2700 |
| 6 | Attorneys for Plaintiff The Guardian Insurance |
| 7 | and Annuity Company, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE GUARDIAN INSURANCE AND ANNUITY COMPANY, INC., a corporation, | Case No: C 07 3557 CRB |
| Plaintiff, | **JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER** |
| vs. | |
| CARLA M. UNTERMANN, an individual; PHILLIP UNTERMANN, an individual; BRENDA CAMILLI, an individual; JOANNE L. GRIGGS, an individual; LISA CAMILLI, an individual; KATHLEEN BUTLER CAMILLI, an individual; RICHARD L. CAMILLI, an individual; DOLPH F. CAMILLI, an individual; DIANNE R. ABRAHAM, an individual; DOUGLAS J. CAMILLI, an individual; BRUCE P. CAMILLI, an individual; SPCA OF SAN MATEO, CALIFORNIA; DIANNE R. ABRAHAM, as Successor Trustee of the Dolph L. Camilli Bypass Trust; WILLIAM H. SHEA, JR., as Successor Trustee of the Gerda M. Camilli Survivor Trust; CHRIS CAMILLI, an individual, and DOES 1 through 10, inclusive, | Date: May 9, 2008<br>Time: 8:30 a.m.<br>Ctrm: "8" – 19th Floor<br>Judge: Hon. Charles R. Breyer |
| Defendants. | |

Plaintiff The Guardian Insurance and Annuity Company, Inc. ("the Guardian"), and Defendants Diane R. Abraham, as an individual and as Successor Trustee Of The Dolph L. Camilli Bypass Trust, William H. Shea, Jr., as Successor Trustee Of The Gerda M. Camilli Survivor Trust, and the Peninsula Humane Society & SPCA (incorrectly named in the complaint as "SPCA of San Mateo, California"), jointly submit this Case Management Statement and request the Court to adopt it as its Case Management Order in this case[1]:

## JURISDICTION AND SERVICE

1. Jurisdiction is based on diversity. All parties have been served.

## DESCRIPTION OF THE CASE/CASE STATUS

2. This is an interpleader action involving multiple defendants. The case is nearing resolution. The potential adverse claimants to the annuity contract proceeds at issue have waived their rights as beneficiaries of the contracts and have agreed that the proceeds be distributed to the Defendant Trustees pursuant to the November 17, 2006 order issued by the Superior Court of San Mateo County, California.

The parties are now in the process of preparing a stipulation for discharge, dismissal, and liquidation of the annuity contracts which will resolve the issues in this lawsuit and dismiss this case with prejudice. The stipulation will also include the Defendants' agreement that it will constitute a general appearance on behalf of all Defendants. Accordingly, due to the case's resolution, the Defendants do not anticipate filing responsive pleadings at this time before the Court's deadline of

---

[1] The rest of the Defendants are in pro per and concur that the case will be resolved.

1  April 25, 2008.  The Defendants request that this deadline be extended to August
2  15, 2008, to allow time for the parties to execute and submit the stipulation.

4  The parties anticipate that the stipulation will be submitted within the next
5  60 days to accomplish the translation of the stipulation into German and to obtain
6  signatures from all 13 Defendants.  Moreover, two of the Defendants are located
7  outside the country.  (Defendant Carla Untermann resides in Germany and
8  Defendant Phillip Untermann resides in Switzerland).

## ALTERNATIVE DISPUTE RESOLUTION

12  3.  Due to the parties' agreement on the distribution of the annuity
13  proceeds and intention to submit the stipulation for discharge, dismissal, and
14  liquidation, the parties do not elect an alternative dispute resolution at this time.

## DISCLOSURES

18  4.  Due to the parties' agreement and anticipated case resolution, the
19  parties do not intend on serving initial disclosures at this time.  The Defendants
20  will serve initial disclosures if this case is not resolved by the stipulation.

## DISCOVERY

24  5.  Due to the parties' agreement and anticipated case resolution, the
25  parties do not have any plans for discovery at this time.  The Defendants will
26  submit a discovery plan if this case is not resolved by the stipulation.

## MOTIONS

6. Due to the parties' agreement and anticipated case resolution, the parties do not anticipate filing any motions at this time.

## TRIAL SCHEDULE

7. Due to the anticipated dismissal of this case within the next 60 days, the parties do not request a trial date. Alternatively, the parties propose that the trial be held in January 2009.

## MISCELLANEOUS

8. The parties do not intend to join any additional parties or amend their pleadings.

9. None of the parties consent to assignment of this case to a United States Magistrate Judge for trial.

10. The parties believe that this case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

11. The parties do not believe that this is a case that should be handled on an expedited schedule.

12. There are no related cases.

13. Plaintiff Guardian has filed its notice of interested parties.

DATED: April 30, 2008

LAW OFFICES OF JOHN G. CLARK

By: */s/ John G. Clark*
(As authorized on April 30, 2008)
JOHN G. CLARK
Attorney for DIANE R. ABRAHAM, as an individual and as Successor Trustee of the Dolph L. Camilli Bypass Trust

DATED: April 24, 2008

KEITH P. BARTEL
JEFFREY R. LOEW
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN

By: */s/ Jeffrey R. Loew*
(As authorized on April 24, 2008)
JEFFREY R. LOEW
Attorneys for WILLIAM H. SHEA, JR., as Successor Trustee of the Gerda M. Camilli Survivor Trust

DATED: April 30, 2008

DANIEL W. MAGUIRE
KEIKO J. KOJIMA
BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Keiko J. Kojima*
KEIKO J. KOJIMA
Attorneys for The Guardian Insurance and Annuity Company, Inc

DATED: April 24, 2008

KIMBERLEY A. FONNER
LAW OFFICE OF KIMBERLEY A. FONNER

By: */s/Kimberley Fonner*
(As authorized on April 24, 2008)
KIMBERLEY A. FONNER
Attorney for Peninsula Humane Society & SPCA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THE GUARDIAN INSURANCE AND ANNUITY COMPANY, INC., a corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>CARLA M. UNTERMANN, et al.,<br><br>        Defendants. | Case No: C 07 3557 CRB<br><br>**JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER**<br><br>Date: May 9, 2008<br>Time: 8:30 a.m.<br>Ctrm: "8" – 19th Floor<br>Judge:    Hon. Charles R. Breyer |
|---|---|

**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.  In addition, the Court orders:

DATED: _____    _____
                                                             United States District Court Judge