1 | DANIEL W. MAGUIRE, State Bar No. 120002
E-mail: dmaguire@bwslaw.com
2 | KEIKO J. KOJIMA, State Bar No. 206595
E-mail: kkojima@bwslaw.com
3 | BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street
4 | Suite 2400
Los Angeles, California 90071-2953
5 | (213) 236-0600; Fax (213) 236-2700

6 | Attorneys for Plaintiff The Guardian Insurance and Annuity Company, Inc.

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 | THE GUARDIAN INSURANCE AND ANNUITY COMPANY, INC., a corporation,

   | Case No: C 07 3557 CRB

12 |

13 | Plaintiff,

   | **REQUEST FOR PLAINTIFF THE GUARDIAN INSURANCE AND ANNUITY COMPANY, INC.'S TELEPHONIC APPEARANCE AT SCHEDULING CONFERENCE; [PROPOSED] ORDER**

14 | vs.

15 | CARLA M. UNTERMANN, an individual; PHILLIP UNTERMANN, an individual; BRENDA CAMILLI, an individual; JOANNE L. GRIGGS, an individual; LISA CAMILLI, an individual; KATHLEEN BUTLER CAMILLI, an individual; RICHARD L. CAMILLI, an individual; DOLPH F. CAMILLI, an individual; DIANNE R. ABRAHAM, an individual; DOUGLAS J. CAMILLI, an individual; BRUCE P. CAMILLI, an individual; SPCA OF SAN MATEO, CALIFORNIA; DIANNE R. ABRAHAM, as Successor Trustee of the Dolph L. Camilli Bypass Trust; WILLIAM H. SHEA, JR., as Successor Trustee of the Gerda M. Camilli Survivor Trust; CHRIS CAMILLI, an individual, and DOES 1 through 10, inclusive,

   | Date: May 9, 2008
Time: 8:30 a.m.
Ctrm: "8" – 19th Floor
Judge: Hon. Charles R. Breyer

25 | Defendants.

1  Plaintiff The Guardian Insurance and Annuity Company, Inc. ("The
2  Guardian") hereby requests that its counsel be permitted to appear telephonically at
3  the May 9, 2008 scheduling conference.  This request is made because counsel for
4  The Guardian is located in Los Angeles, California.  It would save Plaintiff
5  significant costs and fees, and its counsel's travel time, to allow The Guardian to
6  appear by telephone at the scheduling conference.

8  Further, this case is almost resolved.  The parties are now in the process of
9  preparing a stipulation for discharge, dismissal, and liquidation of the annuity
10 contracts which will resolve the issues in this lawsuit and dismiss this case with
11 prejudice.  The parties anticipate that the stipulation will be submitted within the
12 next 60 days to accomplish the translation of the stipulation into German and to
13 obtain signatures from all 13 Defendants.

15 Accordingly, counsel for The Guardian respectfully requests that she be
16 allowed to appear telephonically.

DATED:  May 5, 2008

DANIEL W. MAGUIRE
KEIKO J. KOJIMA
BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Keiko J. Kojima*
    KEIKO J. KOJIMA
    Attorneys for The Guardian Insurance
    and Annuity Company, Inc

1  **[PROPOSED] ORDER**

3  For good cause having been shown, The Guardian's request to appear
4  telephonically at the May 9, 2008 scheduling conference is hereby granted.

6  DATED: _____   _____
                            UNITED STATES DISTRICT COURT