| | |
|---|---|
| 1 | DANIEL W. MAGUIRE, State Bar No. 120002 |
| | E-mail: dmaguire@bwslaw.com |
| 2 | KEIKO J. KOJIMA, State Bar No. 206595 |
| | E-mail: kkojima@bwslaw.com |
| 3 | BURKE, WILLIAMS & SORENSEN, LLP |
| | 444 South Flower Street |
| 4 | Suite 2400 |
| | Los Angeles, California 90071-2953 |
| 5 | (213) 236-0600; Fax (213) 236-2700 |
| 6 | Attorneys for Plaintiff The Guardian Insurance |
| 7 | and Annuity Company, Inc. |

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

| | | |
|---|---|---|
| 11 | THE GUARDIAN INSURANCE AND ANNUITY COMPANY, INC., a corporation, | Case No: C 07 3557 CRB |
| 12 | | **NOTICE OF SETTLEMENT** |
| 13 | Plaintiff, | |
| 14 | vs. | |
| | | CMC Date: May 9, 2008 |
| 15 | CARLA M. UNTERMANN, an individual; PHILLIP UNTERMANN, | Time: 8:30 a.m. |
| | | Ctrm: "8" – 19th Floor |
| 16 | an individual; BRENDA CAMILLI, an individual; JOANNE L. GRIGGS, an | Judge:    Hon. Charles R. Breyer |
| 17 | individual; LISA CAMILLI, an individual; KATHLEEN BUTLER | |
| 18 | CAMILLI, an individual; RICHARD L. CAMILLI, an individual; DOLPH F. | |
| 19 | CAMILLI, an individual; DIANNE R. ABRAHAM, an individual; DOUGLAS | |
| 20 | J. CAMILLI, an individual; BRUCE P. CAMILLI, an individual; SPCA OF | |
| 21 | SAN MATEO, CALIFORNIA; DIANNE R. ABRAHAM, as Successor | |
| 22 | Trustee of the Dolph L. Camilli Bypass Trust; WILLIAM H. SHEA, JR., as | |
| 23 | Successor Trustee of the Gerda M. Camilli Survivor Trust; CHRIS | |
| 24 | CAMILLI, an individual, and DOES 1 through 10, inclusive, | |
| 25 | Defendants. | |

1     TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2

3     PLEASE TAKE NOTICE that the parties to the above-entitled action have
4  reached a resolution which disposes of this matter in its entirety.  The potential
5  adverse claimants to the annuity contract proceeds at issue have waived their rights
6  as beneficiaries of the contracts and have agreed that the proceeds be distributed to
7  the Defendant Trustees pursuant to the November 17, 2006 order issued by the
8  Superior Court of San Mateo County, California.

9

10    The parties are in the process of preparing a stipulation for discharge,
11 dismissal, and liquidation of the annuity contracts which will dismiss this case with
12 prejudice.  The parties anticipate that the stipulation will be submitted within the
13 next 60 days to allow time for its translation into German and circulation to the
14 multiple defendants, some of whom are located outside of the country.

15

16    The parties request that the May 9, 2008 case management conference be
17 taken off calendar.

18

19 DATED: May 6, 2008                    LAW OFFICES OF JOHN G. CLARK

20

21                                       By: */s/ John G. Clark*
                                            *(As authorized on May 6, 2008)*
22                                          JOHN G. CLARK
                                            Attorney for DIANE R. ABRAHAM, as
                                            an individual and as Successor Trustee
23                                          of the Dolph L. Camilli Bypass Trust

24

25

26

27

28

| | | |
|---|---|---|
| 1 | DATED: May 6, 2008 | KEITH P. BARTEL<br>JEFFREY R. LOEW<br>CARR, McCLELLAN, INGERSOLL,<br>THOMPSON & HORN |
| 2 | | |
| 3 | | |
| 4 | | By:  /s/ Jeffrey R. Loew<br>       (As authorized on May 6, 2008)<br>       JEFFREY R. LOEW<br>       Attorneys for WILLIAM H. SHEA, JR.,<br>       as Successor Trustee of the Gerda M.<br>       Camilli Survivor Trust |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | DATED: May 6, 2008 | DANIEL W. MAGUIRE<br>KEIKO J. KOJIMA<br>BURKE, WILLIAMS & SORENSEN, LLP |
| 10 | | |
| 11 | | |
| 12 | | By: /s/ Keiko J. Kojima<br>      KEIKO J. KOJIMA<br>      Attorneys for The Guardian Insurance<br>      and Annuity Company, Inc |
| 13 | | |
| 14 | | |
| 15 | DATED: May 6, 2008 | KIMBERLEY A. FONNER<br>LAW OFFICE OF KIMBERLEY A.<br>FONNER |
| 16 | | |
| 17 | | |
| 18 | | By: /s/Kimberley Fonner<br>      (As authorized on May 6, 2008)<br>      KIMBERLEY A. FONNER<br>      Attorney for Peninsula Humane Society<br>      & SPCA |
| 19 | | |
| 20 | | |