DANIEL W. MAGUIRE, State Bar No. 120002
E-mail: dmaguire@bwslaw.com
KEIKO J. KOJIMA, State Bar No. 206595
E-mail: kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street
Suite 2400
Los Angeles, California 90071-2953
(213) 236-0600; Fax (213) 236-2700

Attorneys for Plaintiff The Guardian Insurance and Annuity Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE GUARDIAN INSURANCE AND ANNUITY COMPANY, INC., a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CARLA M. UNTERMANN, an individual; PHILLIP UNTERMANN, an individual; BRENDA CAMILLI, an individual; JOANNE L. GRIGGS, an individual; LISA CAMILLI, an individual; KATHLEEN BUTLER CAMILLI, an individual; RICHARD L. CAMILLI, an individual; DOLPH F. CAMILLI, an individual; DIANNE R. ABRAHAM, an individual; DOUGLAS J. CAMILLI, an individual; BRUCE P. CAMILLI, an individual; SPCA OF SAN MATEO, CALIFORNIA; DIANNE R. ABRAHAM, as Successor Trustee of the Dolph L. Camilli Bypass Trust; WILLIAM H. SHEA, JR., as Successor Trustee of the Gerda M. Camilli Survivor Trust; CHRIS CAMILLI, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: C 07 3557 CRB<br><br>**STIPULATION TO EXTEND TIME TO PETITION THE COURT TO VACATE THE CONDITIONAL DISMISSAL** |

1    Plaintiff The Guardian Insurance and Annuity Company, Inc. ("the Guardian"), and Defendants Diane R. Abraham, as an individual and as Successor Trustee Of The Dolph L. Camilli Bypass Trust, William H. Shea, Jr., as Successor Trustee Of The Gerda M. Camilli Survivor Trust, and the Peninsula Humane Society & SPCA (incorrectly named in the complaint as "SPCA of San Mateo, California"), jointly submit this stipulation to extend the time to petition the Court to vacate the conditional dismissal.

On May 7, 2008 the Court ordered that this case be dismissed without prejudice provided that within sixty days (July 7, 2008), if the agreed consideration for settlement has not been delivered over, upon certification by any party, the dismissal shall be vacated and the case restored to calendar.

The Stipulation for Discharge, Dismissal, and Liquidation of Annuity Contracts ("Stipulation for Discharge"), which will dispose of this case in its entirety, has been circulated to the thirteen Defendants, including those residing outside of the United States. To date, three of the Defendants, who are in pro per, have not executed the Stipulation for Discharge and returned it to Plaintiff's counsel.

1   Accordingly, counsel for the represented parties whose signatures appear
2   below request that the Court grant a 60-day extension of time to petition the Court
3   to vacate the dismissal.  Such extension will allow time for all parties concerned to
4   review, execute and return the Stipulation for Discharge and permit the full
5   resolution of this case *via* settlement.  Alternatively, the parties request that the
6   dismissal be vacated.

7

8   DATED:  June 24, 2008        LAW OFFICES OF JOHN G. CLARK

9

10                               By: */s/ John G. Clark*
                                     (As authorized on June 24, 2008)
11                                   JOHN G. CLARK
                                     Attorney for DIANE R. ABRAHAM, as
                                     an individual and as Successor Trustee
12                                   of the Dolph L. Camilli Bypass Trust

13

14  DATED:  June 23, 2008        KEITH P. BARTEL
                                 JEFFREY R. LOEW
15                               CARR, McCLELLAN, INGERSOLL,
                                 THOMPSON & HORN
16

17                               By:   */s/ Jeffrey R. Loew*
                                       (As authorized on June 23, 2008)
18                                     JEFFREY R. LOEW
                                       Attorneys for WILLIAM H. SHEA, JR.,
19                                     as Successor Trustee of the Gerda M.
                                       Camilli Survivor Trust
20

21

22  DATED:  June 24, 2008        BURKE, WILLIAMS & SORENSEN, LLP
                                 DANIEL W. MAGUIRE
23                               KEIKO J. KOJIMA

24

25                               By: */s/ Keiko J. Kojima*
                                     KEIKO J. KOJIMA
26                                   Attorneys for The Guardian Insurance
                                     and Annuity Company, Inc.
27

28

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | DATED: June 23, 2008 | KIMBERLEY A. FONNER<br>LAW OFFICE OF KIMBERLEY A. FONNER |
| 3 | | |
| 4 | | By: */s/Kimberley Fonner* |
| 5 | | (As authorized on June 23, 2008)<br>KIMBERLEY A. FONNER |
| 6 | | Attorney for Peninsula Humane Society & SPCA |

LA #4851-5001-2674 v1         4         Case No. C 07 3557 CRB
STIP TO EXTEND TIME TO PETITION THE COURT
TO VACATE COND. DISMISSAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE GUARDIAN INSURANCE AND ANNUITY COMPANY, INC., a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CARLA M. UNTERMANN, et al.,<br><br>Defendants. | CASE NO.: C 07 3557 CRB<br><br>**ORDER GRANTING EXTENSION OF TIME FOR CONDITIONAL DISMISSAL** |

IT IS HEREBY ORDERED that the parties are granted an extension of time to petition the Court to vacate the dismissal. The case remains dismissed without prejudice. If the parties' anticipated Stipulation for Discharge, Dismissal, Liquidation of Annuity Contracts, Etc. is not filed with the Court within 60 days of this order, upon certification by any party, the dismissal shall be vacated and the case restored to calendar.

DATED: _____    _____
United States District Court Judge