UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE GUARDIAN INSURANCE AND ANNUITY COMPANY, INC., a corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CARLA M. UNTERMANN, et al.,<br><br>    Defendants. | CASE NO.: C 07 3557 CRB<br><br>**ORDER GRANTING EXTENSION OF TIME FOR CONDITIONAL DISMISSAL** |

IT IS HEREBY ORDERED that the parties are granted an extension of time to petition the Court to vacate the dismissal. The case remains dismissed without prejudice. If the parties' anticipated Stipulation for Discharge, Dismissal, Liquidation of Annuity Contracts, Etc. is not filed with the Court within 60 days of this order, upon certification by any party, the dismissal shall be vacated and the case restored to calendar.

DATED: __June 27, 2008_____

                                                                       United States

*IT IS SO ORDERED*
Judge Charles R. Breyer

LA #4851-5001-2674 v1            5            Case No. C 07 3557 CRB
STIP TO EXTEND TIME TO PETITION THE COURT TO VACATE COND. DISMISSAL