| | |
|---|---|
| 1 | DANIEL W. MAGUIRE, State Bar No. 120002 |
|   | E-mail: dmaguire@bwslaw.com |
| 2 | KEIKO J. KOJIMA, State Bar No. 206595 |
|   | E-mail: kkojima@bwslaw.com |
| 3 | BURKE, WILLIAMS & SORENSEN, LLP |
|   | 444 South Flower Street |
| 4 | Suite 2400 |
|   | Los Angeles, California 90071-2953 |
| 5 | (213) 236-0600; Fax (213) 236-2700 |
| 6 | Attorneys for Plaintiff The Guardian Insurance |
| 7 | and Annuity Company, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE GUARDIAN INSURANCE AND ANNUITY COMPANY, INC., a corporation, | Case No: C 07 3557 CRB |
| Plaintiff, | **PLAINTIFF'S REQUEST TO EXTEND TIME TO PETITION THE COURT TO VACATE THE CONDITIONAL DISMISSAL, OR ALTERNATIVELY REOPEN ACTION** |
| vs. | |
| CARLA M. UNTERMANN, an individual; PHILLIP UNTERMANN, an individual; BRENDA CAMILLI, an individual; JOANNE L. GRIGGS, an individual; LISA CAMILLI, an individual; KATHLEEN BUTLER CAMILLI, an individual; RICHARD L. CAMILLI, an individual; DOLPH F. CAMILLI, an individual; DIANNE R. ABRAHAM, an individual; DOUGLAS J. CAMILLI, an individual; BRUCE P. CAMILLI, an individual; SPCA OF SAN MATEO, CALIFORNIA; DIANNE R. ABRAHAM, as Successor Trustee of the Dolph L. Camilli Bypass Trust; WILLIAM H. SHEA, JR., as Successor Trustee of the Gerda M. Camilli Survivor Trust; CHRIS CAMILLI, an individual, and DOES 1 through 10, inclusive, | |
| Defendants. | |

1    Plaintiff The Guardian Insurance and Annuity Company, Inc. ("the
2    Guardian"), submits this request to extend the time to petition the Court to vacate
3    the conditional dismissal, or alternatively, to reopen the action for the following
4    reasons.

6    On June 27, 2008 the Court ordered that this case remain dismissed without
7    prejudice provided that within sixty days, if the Stipulation for Discharge,
8    Dismissal, and Liquidation of Annuity Contracts ("Stipulation for Discharge") has
9    not been filed, upon certification by any party, the dismissal shall be vacated and
10   the case restored to calendar.

12   The Stipulation for Discharge, which will dispose of this case in its entirety,
13   has been circulated to the thirteen Defendants, including those residing outside of
14   the United States. All of the Defendants, except for one, has signed it. Only
15   Defendant Dolph Camilli, who is expected to sign it, has not returned his signature
16   page to Plaintiff's counsel.[1] Additionally, Plaintiff is awaiting the receipt of
17   necessary claim and trust documents from Defendant William H. Shea, Jr., as
18   Successor Trustee of the Gerda M. Camilli Survivor Trust, in order for Plaintiff to
19   liquidate the annuity contracts at issue, which is a subject of the Stipulation for
20   Discharge. Since the Stipulation for Discharge requires an order for the Guardian
21   to liquidate the annuity contracts by the 20th day following the Court's entry of the
22   order approving the Stipulation for Discharge, the Guardian requires the receipt of
23   the necessary documents before the Stipulation for Discharge can be filed.

---

[1] Since the parties' last request on June 24, 2008 for an extension of time to petition the Court to vacate the conditional dismissal, they have obtain additional signatures for the Stipulation for Discharge and have narrowed down the outstanding signatures to just one Defendant.

1  Accordingly, Plaintiff requests that the Court grant a 30-day extension of
2  time to petition the Court to vacate the dismissal.  Such extension will allow time
3  for Dolph Camilli to execute the Stipulation and for William H. Shea, Jr. to return
4  the required documents in order for the Stipulation for Discharge to be filed which
5  would permit the full resolution of this case by settlement.  Alternatively, Plaintiff
6  requests that the dismissal be vacated.

DATED:  August 25, 2008

BURKE, WILLIAMS & SORENSEN, LLP
DANIEL W. MAGUIRE
KEIKO J. KOJIMA


By: */s/ Keiko J. Kojima*
    KEIKO J. KOJIMA
    Attorneys for The Guardian Insurance
    and Annuity Company, Inc.

| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION |

| | |
|---|---|
| THE GUARDIAN INSURANCE AND ANNUITY COMPANY, INC., a corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CARLA M. UNTERMANN, et al.,<br><br>    Defendants. | CASE NO.: C 07 3557 CRB<br><br>**ORDER GRANTING EXTENSION OF TIME FOR CONDITIONAL DISMISSAL** |

IT IS HEREBY ORDERED that the parties are granted an extension of time to petition the Court to vacate the dismissal. The case remains dismissed without prejudice. If the parties' anticipated Stipulation for Discharge, Dismissal, Liquidation of Annuity Contracts, Etc. is not filed with the Court within 30 days of this order, upon certification by any party, the dismissal shall be vacated and the case restored to calendar.

DATED: _____

                                                 United States District Court Judge