1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11   THE GUARDIAN INSURANCE AND    CASE NO.: C 07 3557 CRB
     ANNUITY COMPANY, INC., a
12   corporation,                   **ORDER GRANTING EXTENSION
                                     OF TIME FOR CONDITIONAL
13            Plaintiff,            DISMISSAL**

14        vs.

15   CARLA M. UNTERMANN, et al.,

16            Defendants.

17

18

19        IT IS HEREBY ORDERED that the parties are granted an extension of time

20   to petition the Court to vacate the dismissal.  The case remains dismissed without

21   prejudice.  If the parties' anticipated Stipulation for Discharge, Dismissal,

22   Liquidation of Annuity Contracts, Etc. is not filed with the Court within 30 days of

23   this order, upon certification by any party, the dismissal shall be vacated and the

24   case restored to calendar.

25

26   DATED:  __August 26, 2008_____

27                                   United S_____dge

28
     LA #4823-2280-4738 v1              4                         Case No. C 07 3557 CRB
                                                       PLTF'S REQUEST TO EXTEND TIME TO PETITION
                                                       THE COURT TO VACATE COND. DISMISSAL

IT IS SO ORDERED

Judge Charles R. Breyer