1   DANIEL W. MAGUIRE, State Bar No. 120002
    E-mail: dmaguire@bwslaw.com
2   KEIKO J. KOJIMA, State Bar No. 206595
    E-mail: kkojima@bwslaw.com
3   BURKE, WILLIAMS & SORENSEN, LLP
    444 South Flower Street
4   Suite 2400
    Los Angeles, California 90071-2953
5   (213) 236-0600; Fax (213) 236-2700

6   Attorneys for Plaintiff The Guardian Insurance and Annuity Company, Inc.

7

8               UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11  THE GUARDIAN INSURANCE AND          Case No: C 07 3557 CRB
    ANNUITY COMPANY, INC., a
12  corporation,

13              Plaintiff,              **STIPULATION FOR DISCHARGE,
                                        DISMISSAL, AND LIQUIDATION
14      vs.                             OF ANNUITY CONTRACTS**

15  CARLA M. UNTERMANN, an
    individual; PHILLIP UNTERMANN,
16  an individual; BRENDA CAMILLI, an
    individual; JOANNE L. GRIGGS, an
17  individual; LISA CAMILLI, an
    individual; KATHLEEN BUTLER
18  CAMILLI, an individual; RICHARD
    L. CAMILLI, an individual; DOLPH F.
19  CAMILLI, an individual; DIANNE R.
    ABRAHAM, an individual;
20  DOUGLAS J. CAMILLI, an
    individual; BRUCE P. CAMILLI, an
21  individual; SPCA OF SAN MATEO,
    CALIFORNIA; DIANNE R.
22  ABRAHAM, as Successor Trustee of
    the Dolph L. Camilli Bypass Trust;
23  WILLIAM H. SHEA, JR., as Successor
    Trustee of the Gerda M. Camilli
24  Survivor Trust; CHRIS CAMILLI, an
    individual, and DOES 1 through 10,
25  inclusive,

26              Defendants.

27

28

1    Plaintiff The Guardian Insurance and Annuity Company, Inc. ("the

2    Guardian"), and Defendants Carla M. Untermann, Phillip Untermann, Brenda

3    Camilli, Joanne L. Griggs, Kathleen Butler Camilli, Richard L. Camilli, Dolph F.

4    Camilli, Diane R. Abraham, Douglas J. Camilli, Bruce P. Camilli, the Peninsula

5    Humane Society & SPCA (incorrectly named in the complaint as "SPCA of San

6    Mateo, California"), Dianne R. Abraham, as an individual and as Successor

7    Trustee Of The Dolph L. Camilli Bypass Trust, William H. Shea, Jr., as Successor

8    Trustee Of The Gerda M. Camilli Survivor Trust, and Chris Camilli hereby

9    stipulate and agree as follows:

10

11    1.    This Stipulation shall constitute acceptance of service of the

12    Complaint and a general appearance on the part of all Defendants (except for Lisa

13    Camilli, who is deceased).

14

15    2.    Defendants agree that the proceeds under the Annuity Contracts be

16    paid in equal shares to Diane R. Abraham, Successor Trustee of the Dolph L.

17    Camilli Bypass Trust and William H. Shea, Jr., Successor Trustee of the Gerda M.

18    Camilli Survivor Trust, pursuant to the November 17, 2006 court order issued by

19    the Superior Court for the County of San Mateo.  In sum, Defendants agree that the

20    proceeds of the annuity contracts shall be paid to the Successor Trustees for

21    distribution by the trusts instead of pursuant to the beneficiary designations for the

22    Annuity Contracts executed by Gerda Camilli.  Defendants agree that the

23    beneficiary designations for the Annuity Contracts are hereby deemed terminated

24    and revoked.  For claim form purposes, the beneficiaries shall now be Diane R.

25    Abraham, Successor Trustee of the Dolph L. Camilli Bypass Trust and William H.

26    Shea, Jr., Successor Trustee of the Gerda M. Camilli Survivor Trust, in equal

27    shares.

28

3.      It is agreed that the Guardian shall liquidate Annuity Contracts Nos. 201176527 and 210197866 (the "Annuity Contracts") by the 20th day following the Court's entry of the order and shall distribute the proceeds of each Annuity Contract in equal shares to Diane R. Abraham, Successor Trustee of the Dolph L. Camilli Bypass Trust and William H. Shea, Jr., Successor Trustee of the Gerda M. Camilli Survivor Trust.

4.      Upon liquidation and distribution of the Annuity Contract proceeds, the Guardian and Defendants, and each of them, shall be discharged from liability to the other party or parties to the full extent permitted by law with respect to benefits payable under the Annuity Contracts, and arising out of or on account of the death of Gerda Camilli.

5.      Upon liquidation and distribution of the Annuity Contract proceeds, the Guardian and Defendants, and each of them, shall be permanently enjoined from instituting or prosecuting against the other party or parties any proceeding in any State or United States District Court regarding any benefits payable under the Annuity Contracts, and arising out of or on account of the death of Gerda Camilli.

6.      Each of the parties to this Stipulation releases and discharges the other, and their respective heirs, officers, insurers and attorneys of and from any and all claims and demands of any kind and nature, known or unknown, suspected or unsuspected, disclosed and undisclosed, for damages actual and consequential, past, present and future, relating to the Annuity Contracts or arising out of or on account of the death of Gerda Camilli.

1    7.    It is agreed that the Guardian shall be paid the sum of $8,250 as

2    reasonable attorney's fees and costs incurred in connection with this interpleader

3    action, to be paid out of the proceeds from the liquidated Annuity Contracts.

4

5    8.    This action shall be dismissed in its entirety with prejudice as to all

6    parties.

7

8    9.    This stipulation may be signed in multiple counterparts.

9

10    DATED:  June 10, 2008              LAW OFFICES OF JOHN G. CLARK

11

12                                      By: */s/ John G. Clark*
                                          *as authorized on June 10, 2008*
13                                        JOHN G. CLARK
                                          Attorney for DIANNE R. ABRAHAM,
14                                        as an individual and as Successor
                                          Trustee of the Dolph L. Camilli Bypass
15                                        Trust

16    DATED:  May 6, 2008                KEITH P. BARTEL
                                          JEFFREY R. LOEW
17                                        CARR, McCLELLAN, INGERSOLL,
                                          THOMPSON & HORN
18

19                                      By: */s/ Jeffrey R. Loew*
                                          *as authorized on May 6, 2008*
20                                        JEFFREY R. LOEW
                                          Attorneys for WILLIAM H. SHEA, JR.,
21                                        as Successor Trustee of the Gerda M.
                                          Camilli Survivor Trust
22

23    DATED:  September 16, 2008         DANIEL W. MAGUIRE
                                          KEIKO J. KOJIMA
24                                        BURKE, WILLIAMS & SORENSEN, LLP

25

26                                      By: */s/ Keiko J. Kojima*
                                          KEIKO J. KOJIMA
27                                        Attorneys for The Guardian Insurance
                                          and Annuity Company, Inc.
28

LA #4829-7348-1218 v3              4              Case No. C 07 3557 CRB
                                                  STIPULATION FOR DISCHARGE,
                                                  DISMISSAL, ETC.

| | |
|---|---|
| 1 | DATED:  June 6, 2008 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

DATED:  June 6, 2008              CARLA M. UNTERMANN

By: */s/ Carla M. Untermann*
CARLA M. UNTERMANN
In Pro Se

DATED:  June 9, 2008              PHILLIP UNTERMANN

By: */s/ Phillip Untermann*
PHILLIP UNTERMANN
In Pro Se

DATED:  June 3, 2008              BRENDA CAMILLI

By: */s/ Brenda Camilli*
BRENDA CAMILLI
In Pro Se

DATED:  June 12, 2008             JOANNE L. GRIGGS

By: */s/ Joanne L. Griggs*
JOANNE L. GRIGGS
In Pro Se

DATED:  July 7, 2008              KATHLEEN BUTLER CAMILLI

By: */s/ Kathleen Butler Camilli*
KATHLEEN BUTLER CAMILLI
In Pro Se

DATED:  June 3, 2008              CHRIS CAMILLI

By: */s/ Chris Camilli*
CHRIS CAMILLI
In Pro Se

Case No. C 07 3557 CRB
STIPULATION FOR DISCHARGE,
DISMISSAL, ETC.

1     DATED:  May 30, 2008       RICHARD L. CAMILLI

2

3                          By: */s/ Richard L. Camilli*

4                             RICHARD L. CAMILLI
                               In Pro Se

5

6     DATED:  August 11, 2008      DOLPH F. CAMILLI

7

8                          By: */s/ Dolph F. Camilli*

9                             DOLPH F. CAMILLI
                               In Pro Se

10

11    DATED:  June 2, 2008         DOUGLAS J. CAMILLI

12

13                         By:  /s/ Douglas J. Camilli

14                           DOUGLAS J. CAMILLI
                               In Pro Se

15

16    DATED:  June 19, 2008       BRUCE P. CAMILLI

17

18                         By: */s/ Bruce P. Camilli*

19                           BRUCE P. CAMILLI
                               In Pro Se

20

21    DATED:  May 6, 2008          KIMBERLEY A. FONNER
                               LAW OFFICE OF KIMBERLEY A.

22                             FONNER

23

24                         By: */s/ Kimberley A. Fonner*
                             *as authorized on May 6, 2008*

25                             KIMBERLEY A. FONNER
                               Attorney for The Peninsula Humane

26                             Society & SPCA

27

28