UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| THE GUARDIAN INSURANCE AND ANNUITY COMPANY, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>CARLA M. UNTERMANN, an individual; PHILLIP UNTERMANN, an individual, et al.,<br><br>Defendants. | Case No.  C 07-3557 CRB<br><br>**ORDER GRANTING DISCHARGE, DISMISSAL, ATTORNEY'S FEES, AND LIQUIDATION OF ANNUITY CONTRACTS** |

The parties having stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the Guardian shall liquidate Annuity Contracts Nos. 201176527 and 210197866 (the "Annuity Contracts") by the 20th day following the Court's entry of this order and shall distribute the proceeds of each Annuity Contract in equal shares to Diane R. Abraham, Successor Trustee of the Dolph L. Camilli Bypass Trust and William H. Shea, Jr., Successor Trustee of the Gerda M. Camilli Survivor Trust.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4833-5762-3299 v1

- 1 -

CASE NO. C 07-3557 CRB
ORDER GRANTING DISCHARGE,
DISMISSAL, ETC.

1   IT IS FURTHER ORDERED THAT the Guardian shall be paid the sum of
2   $8,250 as reasonable attorney's fees and costs incurred in connection with this
3   interpleader action, to be paid out of the proceeds from the liquidated Annuity
4   Contracts.

5

6   IT IS FURTHER ORDERED THAT upon liquidation and distribution of the
7   Annuity Contract proceeds, the Guardian and Defendants, and each of them, shall
8   be discharged from liability to the other party or parties to the full extent permitted
9   by law with respect to benefits payable under the Annuity Contracts, and arising out
10  of or on account of the death of Gerda Camilli.

11

12  IT IS FURTHER ORDERED THAT upon liquidation and distribution of the
13  Annuity Contract proceeds, the Guardian and Defendants, and each of them, shall
14  be permanently enjoined from instituting or prosecuting against the other party or
15  parties any proceeding in any State or United States District Court regarding any
16  benefits payable under the Annuity Contracts, and arising out of or on account of
17  the death of Gerda Camilli.

18

19  IT IS FURTHER ORDERED THAT this action shall be dismissed in its
20  entirety with prejudice as to all parties.

21
22
23  DATED: _September 17, 2008___       _____
24                                       United States District Court Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4833-5762-3299 v1                - 2 -            CASE NO. C 07-3557 CRB
                                                      ORDER GRANTING DISCHARGE,
                                                      DISMISSAL, ETC.